UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Petitioner,<br><br>    v.<br><br>FOODPRO INTERNATIONAL, INC., a corporation,<br><br>    Respondent. | Case No. 2:09-cv-02694-MCE-EFB<br><br>**ORDER TO SHOW CAUSE** |

Upon consideration of the Secretary's Petition to Enforce Final Agency Decision filed herein by Hilda L. Solis, Secretary of Labor, United States Department of Labor, on the 25th day of September, 2009, in which it is alleged that Respondent FoodPro International, Inc., failed and refused to comply with the Order entered on September 4, 2008, by Administrative Law Judge Steven B. Berlin of the Office of Administrative Law Judges, United States Department of Labor, now a final agency decision, and good cause having been shown, it hereby is:

*(Proposed) Order to Show Cause*     *Page- 1*

1  ORDERED that Respondent FoodPro International, Inc., appear before this Court in Courtroom No. 7 of the Robert Matsui United States Courthouse, 501 "I" St., Sacramento, California on the 22nd day of October, 2009 at 2:00 p.m. to show cause, if any there be, why the prayers of said Petition should not be granted.

It is further ORDERED that copies of this Order, together with a copy of the Petition and all concurrently filed documents (Docket No. 1) be served forthwith by the Clerk of the Court upon Respondent FoodPro International, Inc., at 11 S. San Joaquin Street, 9th Floor, Stockton, CA 95202, or wherever it may be found, and that within ten days of such service, response or other return to this Order shall be filed and served by Respondent upon counsel for Petitioner.

Dated: October 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE