FILED
OCT 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>FOODPRO INTERNATIONAL, INC., a corporation,<br><br>Respondent. | Case No. 2:09-cv-02694-MCE-EFB<br><br>(Proposed) FINAL JUDGMENT |

Upon consideration of the Secretary's Petition to Enforce Final Agency Decision filed herein by Hilda L. Solis, Secretary of Labor, United States Department of Labor, on the 25th day of September, 2009, in which it is alleged that Respondent FoodPro International, Inc., failed and refused to comply with the Decision and Order entered on September 4, 2008, by Administrative Law Judge Steven B. Berlin of the Office of Administrative Law Judges, United States Department of Labor, now a final agency decision, ordering Respondent to pay $47,799.70 in back wages owed to the Wage and Hour Division, U.S. Department of Labor, 2800 Cottage Way, Room W-1836, Sacramento, California 95825-1886, plus interest under 26 U.S.C. § 6621(a)(2), and

After careful review of the said Petition and supporting documents, and a

hearing held on October 22, 2009, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. That the Secretary's Petition to Enforce Final Agency Decision be and the same is hereby GRANTED; and

2. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Final Judgment be and the same is hereby entered in favor of Petitioner Hilda L. Solis, Secretary of Labor, United States Department of Labor and against Respondent FoodPro International, Inc. As required in the Decision and Order entered on September 4, 2008, by Administrative Law Judge Steven B. Berlin of the Office of Administrative Law Judges, United States Department of Labor, now a final agency decision, Respondent FoodPro International, Inc., is indebted in the amount of $47,799.70 to the Wage and Hour Division, U.S. Department of Labor, 2800 Cottage Way, Room W-1836, Sacramento, California 95825-1886, plus interest under 26 U.S.C. § 6621(a)(2), for all of which let execution issue.

Dated: 10·22·09

MORRISON C. ENGLAND, JR.
United States District Court Judge